IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:08-CV-00460-FL

| | |
|---|---|
| **CAROLINA POWER & LIGHT COMPANY d/b/a PROGRESS ENERGY CAROLINAS, INC.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **3M COMPANY, ET AL.,** | ) ) |
| Defendants. | ) |

CIVIL ACTION NO.: 5:08-CV-00463-FL

| | |
|---|---|
| **CONSOLIDATION COAL COMPANY,** | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **3M COMPANY, ET AL.,** | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Pursuant to Civil L.R. 83.1(d), Benjamin F. Sidbury and Anthony B. Taylor, the undersigned attorneys, hereby appear as attorneys of record on behalf of North Georgia Electric Membership Corporation ("North Georgia EMC") in the above-captioned matters, and inform the Court that they are members in good standing of this Court.

Pursuant to Civil L.R. 83.1(e), Robert D. Mowrey, Kristin Holloway Jones, Charles S. Conerly, and Henry C. Tharpe, Jr., the undersigned out-of-state attorneys, likewise hereby appear as attorneys of record for North Georgia EMC and inform the Court that they are members in

1

good standing of the United States District Court for the Northern District of Georgia and the Supreme Court of Georgia.

Counsel request that any and all further pleadings or notices affecting the rights of the aforementioned parties, except original process, be served upon the undersigned via the contact information provided below.

Respectfully submitted this 9th day of September, 2009.

        s/ Benjamin F. Sidbury
        Benjamin F. Sidbury (N.C. Bar No. 28071)
        ben.sidbury@alston.com
        L.R. 83.1(d) Counsel

        s/ Anthony B. Taylor
        Anthony B. Taylor (N.C. Bar No. 37220)
        tony.taylor@alston.com
        L.R. 83.1(d) Counsel

        Alston & Bird LLP
        Bank of America Plaza, Suite 4000
        101 South Tryon Street
        Charlotte, NC 28280
        Telephone: 704.444.1000
        Facsimile: 704.444.1111

        s/ Robert D. Mowrey
        Robert D. Mowrey (GA Bar No. 527510)
        bob.mowrey@alston.com
        L.R. 83.1(e) Counsel

        s/ Kristin Holloway Jones
        Kristin Holloway Jones (GA Bar No. 041154)
        kristin.jones@alston.com
        L.R. 83.1(e) Counsel

        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA 30309-3424
        Telephone: 404.881.7000
        Facsimile: 404.881.7777

2

Case 5:08-cv-00460-FL    Document 154    Filed 09/08/2009    Page 2 of 10

s/ Charles S. Conerly
Charles S. Conerly (GA Bar No. 180720)
cconerly@smithdiment.com
LR 83.1(e) Counsel
Smith Diment Conerly, LLP
402 Newnan Street
Carrollton, Georgia 30117
Telephone: 770. 834.1160
Facsimile: 770.834.1190

s/ Henry C. Tharpe, Jr.
Henry C. Tharpe, Jr. (GA Bar No. 703250)
hctharpe@sponclerandtharpe.com
LR 83.1(e) Counsel
Sponcler & Tharpe, LLC
P O Box 398
225 W. King St.
Dalton, Ga. 30722-0398
Telephone: 706.278.5211
Facsimile: 706.270.9438

Attorneys for Defendant North Georgia Electric
Membership Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Caroline N. Belk<br>Cbelk@smithlaw.com<br>Christopher G. Smith<br>csmith@smithlaw.com<br>Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan<br>P.O. Box 2611<br>2500 Wachovia Capitol Center<br>Raleigh, NC 27602-2611<br>**COUNSEL FOR PLAINTIFF CAROLINA POWER & LIGHT COMPANY** | Curtis L. Bentz<br>cbentz@bwsw.com<br>Battle, Winslow, Scott & Wiley, PA<br>P. O. Box 7100<br>Rocky Mount, NC 27804<br>**COUNSEL FOR CHRISTUS HEALTH** |
| Daniel M. Darragh<br>ddarragh@cohenlaw.com<br>Cohen & Grigsby, P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>**COUNSEL FOR CONSOLIDATION COAL COMPANY** | William W. Pollock<br>wpollock@cshlaw.com<br>Cranfill Sumner & Hartzog, LLP<br>P. O. Box 27808<br>Raleigh, NC 27611-7808<br>**LOCAL COUNSEL FOR CONSOLIDATION COAL COMPANY** |
| Joel L Herz<br>joel@joelherz.com<br>Law Offices of Joel L. Herz<br>3573 E. Sunrise Dr., Suite 215<br>Tucson, AZ 85718<br>**COUNSEL FOR N.L. INDUSTRIES, INC.** | Paul I. Klein<br>pattiwoodall@kleinfreeman.com<br>Klein & Freeman, PLLC<br>4521 Sharon Road, Suite 150<br>Charlotte , NC 28211<br>**LOCAL COUNSEL FOR N.L. INDUSTRIES, INC.** |

Ronald E. Cardwell
rcardwell@mcnair.net
McNair Law Firm, P.A.
101 North Main St., Suite 900
Greenville, SC 29601
**COUNSEL FOR FURMAN UNIVERSITY; INTERTAPE POLYMER GROUP, INC.**

Jacob Holmes Wellman
jwellman@tcdg.com
Teague, Campbell, Dennis & Gorham, LLP
P. O. Box 19207
Raleigh, NC 27619-9207
**COUNSEL FOR ROYAL STREET JUNK COMPANY, INC.**

Jane E. Fedder
jane.fedder@huschblackwell.com
Joseph G. Nassif
joseph.nassif@huschblackwell.com
Husch Blackwell Sanders, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
**COUNSEL FOR ATLANTIC CITY ELECTRIC COMPANY; BLUE RIDGE ELECTRIC COOPERATIVE, INC.; BROAD RIVER ELECTRIC COOPERATIVE, INC.; CONSUMERS ENERGY COMPANY; DELMARVA POWER & LIGHT COMPANY; DIXON LUMBER COMPANY, INC.; ELECTRIC CONTROL EQUIPMENT CO.; GENERAL ELECTRIC COMPANY; GLADIEUX TRADING & MARKETING CO., LP, AND/OR LIMITED CORPORATION; LWB REFRACTORIES COMPANY; OCCIDENTAL CHEMICAL CORPORATION; PHARMACIA CORPORATION; POTOMAC ELECTRIC POWER COMPANY; SONOCO PRODUCTS COMPANY; T AND R ELECTRIC SUPPLY CO., INC.; TRI-STATE ARMATURE & ELECTRICAL WORKS, INC.; ST. JOSEPH MEDICAL CENTER, INC.**

John S. Slosson
jack.slosson@nelsonmullins.com
Julia S. Bright
julia.bright@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
100 North Tryon Street, Bank of America Corporate Ctr., Suite 4200
Charlotte, NC 28202-4007
**LOCAL COUNSEL FOR ATLANTIC CITY ELECTRIC COMPANY; BLUE RIDGE ELECTRIC COOPERATIVE, INC.; BROAD RIVER ELECTRIC COOPERATIVE, INC.; DELMARVA POWER & LIGHT COMPANY; DIXON LUMBER COMPANY, INC.; ELECTRIC CONTROL EQUIPMENT CO.; GENERAL ELECTRIC COMPANY; GLADIEUX TRADING & MARKETING CO., LP, AND/OR LIMITED CORPORATION; LWB REFRACTORIES COMPANY; OCCIDENTAL CHEMICAL CORPORATION; PHARMACIA CORPORATION; POTOMAC ELECTRIC POWER COMPANY; SONOCO PRODUCTS COMPANY; T AND R ELECTRIC SUPPLY CO., INC.; TRI-STATE ARMATURE & ELECTRICAL WORKS, INC.**

**COUNSEL FOR CARGILL, INCORPORATED; DANNY CORPORATION; FLORIDA POWER & LIGHT COMPANY; GKN DRIVELINE NORTH AMERICA, INC.; GLENWOOD REGIONAL**

MEDICAL CENTER; SOUTHLAND
ELECTRICAL SUPPLY, INC.;
UNIMIN CORPORATION; and
UNITED TECHNOLOGIES
CORPORATION, PRATT &
WHITNEY DIVISION

Scott C. Hart
shart@nclawyers.com
Sumrell, Sugg, Carmichael, Hicks & Hart
PO Box 889
New Bern , NC 28563
**COUNSEL FOR WEYERHAEUSER COMPANY**

Kurt J. Olson
kurt.j.olson@gmail.com
Law Office of Kurt J. Olson, PLLC
3737 Glenwood Ave., Suite 100
Raleigh, NC 27612
**COUNSEL FOR AMERICAN SKIING COMPANY; APPALACHIAN POWER COMPANY; ARKEMA, INC.; BASF CORPORATION; BAYER CROPSCIENCE, INC.; CHEMICAL PRODUCTS CORPORATION; COOPER TIRE & RUBBER COMPANY; CSX RESIDUAL COMPANY; DUQUESNE LIGHT COMPANY; ENVIRONMENTAL PROTECTION SERVICES, INC.; FOREMOST ELECTRIC & TRANSMISSION, INC.; GENERAL EXTRUSIONS, INC.; HAINES AND KIBBLEHOUSE, INC.; INTERNATIONAL PAPER COMPANY; KINGSPORT POWER COMPANY; MIDAMERICAN ENERGY COMPANY; NORFOLK SOUTHERN RAILWAY COMPANY; SARA LEE CORPORATION; SOUTH CENTRAL POWER COMPANY; SUMTER ELECTRIC COOPERATIVE, INC.; SUNBELT TRANSFORMER,**

John Watson Bowers
JBowers@horacktalley.com
Horack Talley Pharr & Lowndes, P.A.
301 S. College St., 2600 One Wachovia Center
Charlotte , NC 28202-6038
**COUNSEL FOR 3M COMPANY; and KRAFT FOODS GLOBAL, INC.**

R. Steven DeGeorge
sdegeorge@rbh.com
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St.
Suite 1900, Independence Ctr.
Charlotte, NC 28246-1900
**COUNSEL FOR BRUCE-MERRILEES ELECTRIC COMPANY; CONOCOPHILLIPS COMPANY; MONONGAHELA POWER COMPANY; and WEST PENN POWER COMPANY**

**LTD.;**

| | |
|---|---|
| Norman W. Shearin, Jr.<br>nshearin@vanblk.com<br>Vandeventer Black<br>P.O. Box 1042<br>Kitty Hawk, NC 27949<br>**COUNSEL FOR CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION d/b/a CAPE HATTERAS ELECTRIC COOPERATIVE** | Brian J. Schoolman<br>bschoolman@safranlaw.com<br>Safran Law Offices<br>P. O. Box 587<br>Raleigh, NC 27602-0587<br>**COUNSEL FOR CLEVELAND ELECTRIC COMPANY** |
| Michael John Byrne<br>byrnem@mvalaw.com<br>David E. Fox<br>foxd@mvalaw.com<br>William A. White<br>billwhite@mvalaw.com<br>Moore & Van Allen<br>P. O. Box 13706<br>Research Triangle Park, NC 27709<br>**COUNSEL FOR COGENTRIX ENERGY, LLC; MARTIN MARIETTA MATERIALS, INC.; NORTH CAROLINA STATE UNIVERSITY; NUCOR CORPORATION; and UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL** | Stanley B. Green<br>sgreen@wcsr.com<br>Womble Carlyle Sandridge & Rice, PLLC<br>One West Fourth St.<br>Winston-Salem, NC 27101<br>**COUNSEL FOR DUKE ENERGY CAROLINAS, LLC** |
| Nikole Setzler Mergo<br>nmergo@nexsenpruet.com<br>Nexsen Pruet, LLC<br>1230 Main St., Suite 700<br>Columbia , SC 29201<br>**COUNSEL FOR HOLCIM, INC.; IES COMMERCIAL, INC., and/or INTEGRATED ELECTRICAL SERVICES, INC.** | Robert S. Adden, Jr.<br>Radden@rbcwb.com<br>Ruff, Bond, Cobb, Wade & Bethune, L.L.P.<br>The Addison Bldg., 831 E. Morehead St.<br>Suite 860<br>Charlotte, NC 28202<br>**COUNSEL FOR PACTIV CORPORATION** |

D. Kyle Deak
kyle.deak@troutmansanders.com
Troutman Sanders, LLP
P. O. Box 1389
Raleigh , NC 27602-1389
**COUNSEL FOR VIRGINIA ELECTRIC AND POWER COMPANY (VEPCO)**

Bradford A. De Vore
bdevore@wcsr.com
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center, 301 South College St.
Suite 3500
Charlotte , NC 28202-6037
**COUNSEL FOR VULCAN CONSTRUCTION MATERIALS, LIMITED PARTNERSHIP**

Bradley M. Risinger
brad.risinger@smithmoorelaw.com
Smith Moore LLP
P. O. Box 27525
Raleigh, NC 27611
**COUNSEL FOR APOGEE COAL COMPANY, LLC; LOCKWOOD'S ELECTRIC MOTOR SERVICE**

Catherine W. Cralle-Jones
cathy@attybryanbrice.com
Law Offices of F. Bryan Brice, Jr.
19 W. Hargett St., Suite 600
Raleigh, NC 27601
**COUNSEL FOR BALTIMORE GAS & ELECTRIC COMPANY**

Cynthia M. Currin
ccurrin@cpclaw.com
Crisp, Page & Currin, LLP
4010 Barrett Dr., Suite 205
Raleigh, NC 27609
**COUNSEL FOR BEDFORD RURAL ELECTRIC COOPERATIVE INC.**

Marcus A. Manos
mmanos@nexsenpruet.com
Nexsen Pruet, LLC
1441 Main Street, Suite 1500
Columbia, SC 29202
**COUNSEL FOR BEDFORD RURAL ELECTRIC COOPERATIVE INC.; GREENWOOD MILLS, INC.; WARREN ELECTRIC COOPERATIVE, INC.; PALMETTO ELECTRIC COOPERATIVE, INC.; SANTEE ELECTRIC COOPERATIVE, INC.**

Susan H. Briggs
sbriggs@dmclaw.com
Dickie, McCamey & Chilcote, PC
2115 Rexford Rd., Suite 210
Charlotte, NC 28211
**COUNSEL FOR CARLISLE SYNTEC INCORPORATED**

William H. Gifford , Jr.
bill@martingiffordlaw.com
Martin & Gifford, PLLC
301 North Main St., Suite 2200
Winston-Salem, NC 27101
**COUNSEL FOR G & S MOTOR EQUIPMENT CO., INC.**

Gavin Bryce Parsons
gavin.parsons@troutmansanders.com
Troutman Sanders LLP
434 Fayetteville Street

Todd S. Roessler
troessler@kilpatrickstockton.com
Kilpatrick Stockton, LLP
3737 Glenwood Ave.

Two Hannover Square, Suite 1900
Raleigh, NC 27601
**COUNSEL FOR GEORGIA POWER COMPANY**

Julia G. Mimms
jgmassistant@bellsouth.net
Law Office of Julia G. Mimms
1001 Elizabeth Ave., Suite 1A
Charlotte, NC 28204
**COUNSEL FOR GUERNSEY-MUSKINGUM ELECTRIC COOPERATIVE INC.**

E. Hardy Lewis
hlewis@bmlslaw.com
Blanchard, Miller, Lewis & Styers, P.A.
1117 Hillsborough St.
Raleigh, NC 27603
**COUNSEL FOR CARR AND DUFF, INC.**

David S. Coats
dcoats@bdixon.com
Bailey & Dixon
P. O. Box 1351
Raleigh, NC 27602
**COUNSEL FOR EAST KENTUCKY POWER COOPERATIVE, INC.**

Steven K. McCallister
smccallister@shanahanlawgroup.com
Shanahan Law Group
128 E. Hargett St., Third Floor

Suite 400
Raleigh, NC 27612
**COUNSEL FOR BASSETT FURNITURE INDUSTRIES, INC.**

Mary Maclean D Asbill
mmasbill@gmail.com
Mary Maclean D. Asbill, Attorney at Law
2818 Exeter Circle
Raleigh, NC 27608
**COUNSEL FOR DOMTAR PAPER COMPANY, LLC**

Andrew H. Erteschik
aerteschik@poynerspruill.com
Keith Harrison Johnson
kjohnson@poynerspruill.com
Poyner Spruill LLP
P. O. Box 1801
Raleigh, NC 27602-1801
**COUNSEL FOR CENTRAL REGIONAL HOSPITAL f/k/a DOROTHEA DIX HOSPITAL; CHERRY HOSPITAL; TOWN OF LOUISBURG, NORTH CAROLINA; CITY OF MONROE, NORTH CAROLINA; O'BERRY NEURO-MEDICAL CENTER**

Rodney E. Alexander
ralexander@mayerbrown.com
Mayer Brown LLP
214 N. Tryon St., Suite 3800
Charlotte, NC 28202
**COUNSEL FOR FRONTIER COMMUNICATIONS CORPORATION
f/k/a CITIZENS COMMUNICATIONS COMPANY**

Amos C. Dawson, III
adawson@williamsmullen.com
Williams Mullen
3200 Beechleaf Court

9

Raleigh, NC 27601
**COUNSEL FOR GREEN CIRCLE GROWERS, INC.**

Grady L. Shields
gshields@wyrick.com
Wyrick Robbins Yates Ponton, LLP
P. O. Box 13101
Raleigh, NC 27619
**COUNSEL FOR KOCH INDUSTRIES, INC.**

Joel A. Kramer
jkramer@wsscwater.com
Washington Suburban Sanitary Commission
14501 Sweitzer Lane
Laurel, MD 20707
**COUNSEL FOR WASHINGTON SUBURBAN SANITARY COMMISSION**

Peter T. Stinson
pstinson@dmclaw.com
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
**COUNSEL FOR PPG INDUSTRIES, INC.**

Highwoods Tower One, Suite 500
Raleigh, NC 27604-1064
**COUNSEL FOR INTERNATIONAL POWER MACHINERY COMPANY**

Sara Wyche Higgins
sally@thehigginslawfirm.com
Higgins Law Firm, PLLC
5950 Fairview Rd., Suite 600
Charlotte, NC 28210
**COUNSEL FOR NIAGARA MOHAWK POWER CORPORATION; PPL ELECTRIC UTILITIES CORPORATION f/k/a PENNSYLVANIA POWER & LIGHT CO.**

J. Donald Cowan , Jr.
don.cowan@elliswinters.com
Ellis & Winters LLP
333 N. Greene St., Suite 200
Greensboro, NC 27401
**COUNSEL FOR PCS PHOSPHATE COMPANY, INC.**

 

s/ Benjamin F. Sidbury
Benjamin F. Sidbury