IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CONSOLIDATED CIVIL ACTION NO. 5:08-CV-460-FL

| CAROLINA POWER & LIGHT COMPANY d/b/a PROGRESS ENERGY CAROLINAS, INC., </br></br> Plaintiff, </br></br> v. </br></br> 3M COMPANY, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | ENTRY OF DEFAULT AS TO DEFENDANT WARTBURG COLLEGE |
|---|---|---|

WHEREAS, it has been made to appear to the undersigned Judge of the United States District Court, for the Eastern District of North Carolina, upon declaration or otherwise, that the Defendant Wartburg College has failed to appear or otherwise defend against Plaintiff's Consolidated and Second Amended Complaint;

AND IT APPEARING to the undersigned Judge of the United States District Court, for the Eastern District of North Carolina, that the Defendant Wartburg College is subject to default as provided by the Federal Rules of Civil Procedure;

THEREFORE, default is hereby entered against the Defendant Wartburg College pursuant to the authority provided by Rule 55(a), F.R.Civ.P.

This the 19th day of July, 2010.

_____
DENNIS P. IAVARONE, CLERK