IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-cv-00460-FL

| | |
|---|---|
| DUKE ENERGY PROGRESS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| 3M COMPANY et al., | ) |
| | ) |
| Defendants. | ) |

No. 5:08-cv-00463-FL

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| 3M COMPANY et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT INTERNATIONAL PAPER COMPANY'S
## DISCLOSURE OF EXPERT WITNESS AND REBUTTAL REPORT

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Case Management Order, and its subsequent amendments, Defendant International Paper Company, by and through counsel, hereby disclose the expert rebuttal report of Stephen D. Emsbo-Mattingly, who it may call at the trial(s) of this matter to present evidence under Federal Rules of Evidence 702, 703, or 705. Mr. Emsbo-Mattingly's Rebuttal Report is attached hereto as Exhibit A.

Respectfully submitted this 5th day of September, 2014.

                                      /s/
                              KURT OLSON
                              N.C. Bar No. 22767
                              LAW OFFICE OF KURT J. OLSON
                              3737 Glenwood Avenue
                              Suite 100
                              Raleigh, NC 27612
                              Telephone: (919) 573-6172
                              Facsimile: (919) 573-6173
                              Email: kurt.j.olson@gmail.com

                              <u>COUNSEL FOR DEFENDANT</u>
                              <u>INTERNATIONAL PAPER COMPANY</u>

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of September, I electronically served the foregoing via e-mail to all counsel of record.

          /s/
KURT OLSON
N.C. Bar No. 22767
LAW OFFICE OF KURT J. OLSON
3737 Glenwood Avenue
Suite 100
Raleigh, NC 27612
Telephone: (919) 573-6172
Facsimile: (919) 573-6173
Email: kurt.j.olson@gmail.com

COUNSEL FOR DEFENDANT
INTERNATIONAL PAPER COMPANY

# EXHIBIT A

# Rebuttal Report of

# Stephen D. Emsbo-Mattingly