IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-cv-00460-FL

| | |
|---|---|
| DUKE ENERGY PROGRESS, INC. | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) |
| 3M COMPANY et al., | ) |
| | ) |
|        Defendants. | ) |

No. 5:08-cv-00463-FL

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) |
| | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) |
| 3M COMPANY et al., | ) |
| | ) |
|        Defendants. | ) |

**DEFENDANT CHEMICAL PRODUCTS CORPORATION'S
DISCLOSURE OF EXPERT WITNESS AND REBUTTAL REPORT**

     Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Case Management Order, and its subsequent amendments, Defendant Chemical Products Corporation, by and through counsel, hereby discloses the rebuttal expert Stephen D. Emsbo-Mattingly, who it may call at the trial(s) of this matter to present evidence under Federal Rules of Evidence 702, 703, or 705. Mr. Emsbo-Mattingly's Rebuttal Report is attached hereto as Exhibit A.

Respectfully submitted this 5th day of September, 2014.

                                                /s/
                                  KURT OLSON
N.C. Bar No. 22767
LAW OFFICE OF KURT J. OLSON
3737 Glenwood Avenue
Suite 100
Raleigh, NC  27612
Telephone: (919) 573-6172
Facsimile: (919) 573-6173
Email:  kurt.j.olson@gmail.com

<u>COUNSEL FOR DEFENDANT CHEMCIAL PRODUCTS CORPORATION</u>

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of September, I electronically served the foregoing via e-mail to all counsel of record.

                                     /s/
                                KURT OLSON
                                N.C. Bar No. 22767
                                LAW OFFICE OF KURT J. OLSON
                                3737 Glenwood Avenue
                                Suite 100
                                Raleigh, NC  27612
                                Telephone: (919) 573-6172
                                Facsimile: (919) 573-6173
                                Email:  kurt.j.olson@gmail.com

                                COUNSEL FOR DEFENDANT
                                INTERNATIONAL PAPER COMPANY

# EXHIBIT A

# Rebuttal Report of

# Stephen D. Emsbo-Mattingly