IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Civil Action No.: 5:08-CV-00460-FL**

| | |
|---|---|
| DUKE ENERGY PROGRESS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| 3M COMPANY, et al., | ) ) |
| Defendants. | ) ) ) |

**Civil Action No.: 5:08-CV-00463-FL**

| | |
|---|---|
| CONSOLIDATION COAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Third-Party Plaintiff PCS Phosphate Company, Inc.'s ("PCS") Motion to Dismiss Claims By and Against Third-Party Defendant Melinz-Rebar, Inc. ("Melinz-Rebar") is hereby GRANTED. PCS's claims against Melinz-Rebar are hereby dismissed with prejudice, and Melinz-Rebar's claims against PCS are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

This the 12th day of January, 2015.

_____
Honorable Louise W. Flanagan
U.S. District Court Judge