IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Civil Action No.: 5:08-CV-00460-FL**

| DUKE ENERGY PROGRESS, INC., | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 3M COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**Civil Action No.: 5:08-CV-00463-FL**

| CONSOLIDATION COAL COMPANY, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 3M COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Consent Motion to Compel Defendant Martin Marietta Materials, Inc. to Respond to Plaintiffs' Discovery Requests filed by Plaintiffs, Duke Energy Progress, Inc. and Consolidation Coal Company, Crossclaim/Third-Party Plaintiff, PCS Phosphate Company, Inc. (collectively "Plaintiffs"), and Defendant Martin Marietta Materials, Inc. ("Martin Marietta") is hereby GRANTED. Martin Marietta is directed to respond to Plaintiffs' narrowed discovery requests (attached as Ex. 5 to the consent motion) within thirty (30) days of the date of this order.

This the 30th day of January, 2015.

_____
Honorable Louise W. Flanagan
U.S. District Court Judge