IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DUKE PROGRESS ENERGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 5:08-CV-460-FL |
| 3M COMPANY et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | | |
|---|---|---|
| CONSOLIDATION COAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:08-CV-463-FL |
| | ) | |
| 3M COMPANY et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

These consolidated cases[1] come before the court on the motions by various parties to have certain individuals excused from the requirements for in-person attendance at the settlement sessions to be conducted in Raleigh, North Carolina on 1-2 September 2015 and 24-25 September 2015. These motions are set forth below:

---

[1] Case number 5:08-CV-460-FL is the lead case number for three consolidated actions brought by plaintiff Duke Energy Progress, LLC (*see* 18 Aug. 2009 Minute Entry (D.E. 91) (consolidating cases)) and is referred to herein as "No. 460." Case number 5:08-CV-463-FL is the lead case number for three consolidated actions brought by plaintiff Consolidation Coal Company (*see id*.) and is referred to herein as "No. 463." The parties' respective filings related to the motions to be excused are identical in both the No. 460 and No. 463 cases.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| N.L. Industries, Inc. | 1610, 1631 (suppl.)[2] | 1602, 1623 (suppl.) |
| Alcan Primary Products Corporation | 1613, 1633 (suppl.)[3] | 1605, 1625 (suppl.)[4] |
| Cogentrix Energy, LLC | 1615, 1636 (suppl.) | 1607, 1628 (suppl.) |
| Consolidation Coal Company | 1617 | 1609 |
| Buist Electric, Inc.; GenCorp Inc. | 1618 | 1610 |
| Appalachian Power Company; General Extrusions, Inc.; Haines and Kibblehouse, Inc.; Kingsport Power Company; MidAmerican Energy Company; South Central Power Company; Sumter Electric Cooperative, Inc.; The Holladay Corporation | 1621 | 1613 |
| Southern Alloy Corporation | 1622 | 1614 |
| Monongahela Power Company; West Penn Power Company | 1623 | 1615 |
| Truland Corporation | 1624, 1646 (suppl.) | 1616, 1638 (suppl.) |
| Consolidation Coal Company; Duke Energy Progress, LLC | 1625 | 1617 |
| East Kentucky Power Cooperative, Inc.; G&S Motor Equipment Company, Inc.; Jet Electric Motor Co., Inc.; P.C. Campana, Inc.; Pactiv Corporation; Mass. Electric Construction Co. | 1626 | 1618 |
| Saint Augustine's College | 1627 | 1619 |
| Danny Corporation; Electric Control Equipment Co.; Southland Electrical Supply, Inc.; St. Joseph Medical Center, Inc.; Tri-State Armature & Electrical Works, Inc.; United Technologies Corporation; Washington Suburban Sanitary Commission; Glenwood Resolution Authority, Inc.; Blue Ridge Electric Cooperative, Inc.; Sonoco Products Company; Gladieux Trading & Marketing Co., LP, and/or Limited Corporation; LWB Refractories Company; Dixon Lumber Company, Inc.; GKN Driveline North American, Inc.; Unimin Corporation; Broad River Electric Cooperative, Inc.; Pharmacia Corporation; Consumers Energy Company | 1628, 1629 (mem. in support) | 1620, 1621(mem. in support) |
| Bay Mechanical & Electrical Corporation | 1630 | 1622 |
| Caterpillar Inc. | 1632 | 1624 |
| Batesville Casket Company, Inc. | 1634 | 1626 |
| Huntsville Utilities | 1635 | 1627 |
| National Railroad Passenger Corporation | 1637 | 1629 |
| J.C. Blair Memorial Hospital | 1638 | 1630 |
| Riley Power Inc. | 1639 | 1631 |

---

[2] A filing of a supplement or amendment to the original motion is indicated by "(suppl.)."

[3] It appears that a duplicate copy of D.E. 1633 was filed at D.E. 1650.

[4] It appears that a duplicate copy of D.E. 1625 was filed at D.E. 1641.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Barnes & Powell Electrical Company, Inc. | 1640 | 1632 |
| Carr and Duff, Inc. | 1641 | 1633 |
| Union Electric Company | 1642 | 1634 |
| Cargill, Incorporated; Georgia-Pacific, LLC; Delmarva Power & Light Company; Florida Power & Light Company; Atlantic City Electric Company; Occidental Chemical Corporation; Potomac Electric Power Company | 1643, 1660 (suppl.), 1665 (suppl.) | 1636, 1651 (suppl.), 1656 (suppl.) |
| Green Circle Growers, Inc. | 1644 | 1635 |
| The North Carolina Granite Corporation | 1645 | 1637 |
| Duke Energy Carolinas LLC | 1647 | 1650 |
| Ventech Engineers, Inc. | 1648 | 1639 |
| Guernsey-Muskingum Electric Cooperative Inc. | 1649 | 1640 |
| Santee Electric Cooperative, Inc. | 1658 | 1648 |
| IES Commercial, Inc. | 1659 | 1649 |
| Robert Bosch LLC | 1654 | 1644 |
| Warren Electric Cooperative, Inc. | 1655 | 1645 |
| The National Lime and Stone Company | 1656 | 1646 |
| Bedford Rural Electric Cooperative Inc. | 1657 | 1647 |
| Novartis Corporation | 1666 | 1657 |
| Koch Industries, Inc. | 1667 | 1658 |

The motions have been fully briefed[5] and referred to the undersigned for disposition pursuant to 28 U.S.C. § 636(b)(1)(A). (*See* Public Docket Entries dated 25 and 26 Aug. 2015 (in both 460 and 463)).

### Disposition of Motions

Having considered the parties' motions and any respective responses in opposition, IT IS ORDERED as follows:

---

[5] Plaintiffs Duke Energy Progress, LLC and Consolidation Coal Company, and third-party plaintiff PCS Phosphate Company, Inc. filed a joint response in opposition (D.E. 1661 (No. 460 case); D.E. 1652 (No. 463 case)) to certain motions.

1. Due to the parties having reached an agreement for either settlement or voluntary dismissal of all pending claims, the following motions seeking to excuse the in-person attendance of the party representative and counsel at the settlement sessions on 1-2 September 2015 and 24-25 September 2015 are ALLOWED.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| N.L. Industries, Inc. | 1610 | 1602 |
| Alcan Primary Products Corporation | 1613 | 1605 |
| Cogentrix Energy, LLC | 1615 | 1607 |
| Buist Electric, Inc.; GenCorp Inc. | 1618 | 1610 |
| Appalachian Power Company; General Extrusions, Inc.; Haines and Kibblehouse, Inc.; Kingsport Power Company; MidAmerican Energy Company; South Central Power Company; Sumter Electric Cooperative, Inc.; The Holladay Corporation | 1621 | 1613 |
| Southern Alloy Corporation | 1622 | 1614 |
| Monongahela Power Company; West Penn Power Company | 1623 | 1615 |
| Consolidation Coal Company; Duke Energy Progress, LLC[6] | 1625 | 1617 |
| East Kentucky Power Cooperative, Inc.; G&S Motor Equipment Company, Inc.; Jet Electric Motor Co., Inc.; P.C. Campana, Inc.; Pactiv Corporation; Mass. Electric Construction Co. | 1626 | 1618 |
| Caterpillar Inc. | 1632 | 1624 |
| Batesville Casket Company, Inc. | 1634 | 1626 |
| Huntsville Utilities | 1635 | 1627 |
| National Railroad Passenger Corporation | 1637 | 1629 |
| J.C. Blair Memorial Hospital | 1638 | 1630 |
| Barnes & Powell Electrical Company, Inc. | 1640 | 1632 |
| Union Electric Company | 1642 | 1634 |
| Cargill, Incorporated; Georgia-Pacific, LLC; Delmarva Power & Light Company; Florida Power & Light Company; Atlantic City Electric Company; Occidental Chemical Corporation; Potomac Electric Power Company | 1643 | 1636 |
| Duke Energy Carolinas LLC | 1647 | 1650 |
| Ventech Engineers, Inc | 1648 | 1639 |
| Santee Electric Cooperative, Inc. | 1658 | 1648 |

---

[6] The parties being excused from attendance pursuant to this paragraph are the movants themselves except with respect to the motion filed by plaintiffs Consolidation Coal Company and Duke Energy Progress, LLC (D.E. 1625 (No. 460 case); D.E. 1617 (No. 463 case)), which seek to excuse the following defendants: Arkema, Inc.; BASF Corporation; Duquesne Light Company; Jessop Steel Company; PPL Electric Utilities Corp.; Tredegar Film Products Corp.; and Weyerhaeuser Company.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| IES Commercial, Inc | 1659 | 1649 |
| Warren Electric Cooperative, Inc. | 1655 | 1645 |
| Novartis Corporation | 1666 | 1657 |
| Koch Industries, Inc. | 1667 | 1658 |

2. The following motions seeking to excuse the in-person attendance of William W. Pollock, co-counsel for Consolidation Coal Company, at the settlement sessions on 1-2 September 2015 and 24-25 September 2015 are ALLOWED.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Consolidation Coal Company | 1617 | 1609 |

3. The following motions seeking to excuse the in-person attendance of representatives from the insurance companies of Hartford Insurance Group and Arrowpoint Insurance, which are insurance carriers for defendant Carr and Duff, Inc., at the settlement session on 1-2 September 2015 are ALLOWED, and these representatives shall be available by telephone during the entirety of the settlement session.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Carr and Duff, Inc. | 1641 | 1633 |

4. The following motions seeking to excuse the in-person attendance of the party representative and counsel from attendance at the settlement sessions on 1-2 September 2015 and 24-25 September 2015 are ALLOWED subject to the movant reaching a settlement of all claims and the provision of notice of such settlement to the Special Master by telephone or e-mail no later than 31 August 2015.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Robert Bosch LLC | 1654 | 1644 |

5. The following motions seeking to excuse the in-person attendance of the party representative and counsel from attendance at the settlement session on 1-2 September 2015 are ALLOWED IN PART and DENIED IN PART.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Danny Corporation; Electric Control Equipment Co.; Southland Electrical Supply, Inc.; St. Joseph Medical Center, Inc.; Tri-State Armature & Electrical Works, Inc.; United Technologies Corporation; Washington Suburban Sanitary Commission; Glenwood Resolution Authority, Inc.; Blue Ridge Electric Cooperative, Inc.; Sonoco Products Company; Gladieux Trading & Marketing Co., LP, and/or Limited Corporation; LWB Refractories Company; Dixon Lumber Company, Inc.; GKN Driveline North American, Inc.; Unimin Corporation; Broad River Electric Cooperative, Inc.; Pharmacia Corporation; Consumers Energy Company | 1628 | 1620 |

a. Due to having reached an agreement for voluntary dismissal of all pending claims, the above motions are ALLOWED as to the following parties:

> Danny Corporation; Electric Control Equipment Co.; Southland Electrical Supply, Inc.; St. Joseph Medical Center, Inc.; Tri-State Armature & Electrical Works, Inc.; United Technologies Corporation; Washington Suburban Sanitary Commission; Glenwood Resolution Authority, Inc.; and Blue Ridge Electric Cooperative, Inc.

b. Having carefully considered each of the grounds raised by the remaining movants, the court finds that they do not justify the relief sought given the importance of the in-person attendance requirement to the settlement proceedings in these cases. Accordingly, the above motions are DENIED as to the following parties:

> Sonoco Products Company; Gladieux Trading & Marketing Co., LP, and/or Limited Corporation; LWB Refractories Company; Dixon Lumber Company, Inc.; GKN Driveline North American, Inc.; Unimin Corporation; Broad River Electric Cooperative, Inc.; Pharmacia Corporation; Consumers Energy Company

6. The following motions to excuse the in-person attendance of the party representative and counsel at the settlement sessions on 1-2 September 2015 and 24-25 September 2015 are ALLOWED IN PART and DENIED IN PART.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Guernsey-Muskingum Electric Cooperative Inc. | 1649 | 1640 |

Specifically, the portion of the motions seeking to excuse the in-person attendance of local counsel for the movant is ALLOWED, and said local counsel shall be available by telephone during the entirety of the settlement session. The court has carefully considered each of the grounds raised by the movant in support of the portion of the motions seeking to excuse the in-person attendance of the party representative and special appearance counsel. However, the court finds that they do not justify the relief sought given the importance of the in-person attendance requirement to the settlement proceedings in these cases. Accordingly, this portion of the motions is DENIED.

7. Having carefully considered each of the grounds raised by the movants in support of the following motions, the court finds that they do not justify the relief sought given the importance of the in-person attendance requirement to the settlement proceedings in these cases. Accordingly, these motions to excuse the in-person attendance of the party representative and counsel at the settlement session on 1-2 September 2015 are DENIED.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Green Circle Growers, Inc. | 1644 | 1635 |
| The National Lime and Stone Company | 1656 | 1646 |
| Bedford Rural Electric Cooperative Inc. | 1657 | 1647 |

8. Having carefully considered each of the grounds raised by the movants in support of the following motions, the court finds that they do not justify the relief sought given the

importance of the in-person attendance requirement to the settlement proceedings in these cases. Accordingly, these motions to excuse the in-person attendance of the party representative and counsel at the settlement sessions on 1-2 September 2015 and 24-25 September 2015 are DENIED.

| Movant(s) | Motion D.E. (No. 460 case) | Motion D.E. (No. 463 case) |
|---|---|---|
| Truland Corporation | 1624 | 1616 |
| Saint Augustine's College | 1627 | 1619 |
| Bay Mechanical & Electrical Corporation | 1630 | 1622 |
| Riley Power Inc. | 1639 | 1631 |
| The North Carolina Granite Corporation | 1645 | 1637 |

SO ORDERED, this 26th day of August 2015.

James E. Gates
United States Magistrate Judge