IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DUKE PROGRESS ENERGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3M COMPANY et al., )<br>)<br>Defendants. )<br>)<br>) | No. 5:08-CV-460-FL |
| CONSOLIDATION COAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>3M COMPANY et al., )<br>)<br>Defendants. ) | No. 5:08-CV-463-FL |

**ORDER**

These consolidated cases[1] come before the court on the motions (D.E. 1671 (No. 460 case); D.E. 1662 (No. 463 case)) by defendant Alcoa Inc. to be excused from attendance at the settlement sessions to be conducted in Raleigh, North Carolina on 1-2 September 2015 and 24-25 September 2015. Due to the defendant having reached an agreement for settlement of all pending claims, the motions are ALLOWED.

---

[1] Case number 5:08-CV-460-FL is the lead case number for three consolidated actions brought by plaintiff Duke Energy Progress, LLC (*see* 18 Aug. 2009 Minute Entry (D.E. 91) (consolidating cases)) and is referred to herein as "No. 460." Case number 5:08-CV-463-FL is the lead case number for three consolidated actions brought by plaintiff Consolidation Coal Company (*see id*.) and is referred to herein as "No. 463." The parties' respective filings related to the motions to be excused are identical in both the No. 460 and No. 463 cases.

SO ORDERED, this 31st day of August 2015.

_____
James E. Gates
United States Magistrate Judge