IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Civil Action No.: 5:08-CV-00460-FL**

| DUKE ENERGY PROGRESS, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| 3M COMPANY, et al., | ) |
| Defendants. | ) |

**Civil Action No.: 5:08-CV-00463-FL**

| CONSOLIDATION COAL COMPANY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| 3M COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

By an Order entered on June 15, 2010 (Case 460, Doc. No. 311; Case 463, Doc. No. 326), Keith Johnson and Tricia Shields were appointed to serve as liaison counsel to the Court for the vast majority of defendants in this civil action, with certain duties as liaison counsel set forth in that Order. Many third-party defendants subsequently joined the Johnson-Shields liaison group. Since most members of the Johnson-Shields liaison group have now settled with the plaintiffs and have been, or soon will be dismissed from this litigation, Mr. Johnson and Mrs. Shields indicate there is no longer a need for liaison counsel and have moved to be relieved of

their liaison counsel duties. They indicate in their motion they apprised their liaison group members of their intent to wind down group functions and file this motion, and no member objected.

Accordingly, Mr. Johnson's and Mrs. Shields' motion is hereby GRANTED. The movants indicate one task in winding down liaison group functions is the equitable disbursement of group funds collected from group members and used to pay common expenses. It is proposed that, once any remaining group obligations are met, a *pro rata* refund be made to each group member that has met all their payment obligations to the group fund. That appears to be an equitable approach, and Mr. Johnson is authorized to do so.

SO ORDERED, this the 14th day of January, 2016.

_____
Louise W. Flanagan
United States District Judge